## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:22-cv-51-MOC

| | | |
|---|---|---|
| **CASEY MICHELLE TAFT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | <u>**ORDER**</u> |
| | ) | |
| **KILOLO KIJAKAZI,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on Plaintiff's Consent Motion to Dismiss, filed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. No. 13).

The motion is **GRANTED**, and this matter is dismissed with prejudice. The Clerk is instructed to terminate this action.

Signed: October 17, 2022

Max O. Cogburn Jr.
United States District Judge